**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **RAMON RIGOBERTO ECHEVERRIA-PADILLA** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No.  3:26-CV-00154-O** |
| **THOMAS BERGAMI** | § § § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Petitioner's Motion for Voluntary Dismissal (ECF No. 9) filed on April 8, 2026. Having considered Petitioner's motion and the relevant case law, the Court determines that the Motion (ECF No. 9) should be is and hereby **GRANTED.** It is therefore **ORDERED** that all claims and causes of action asserted by Petitioner against Respondents are hereby **DISMISSED without prejudice**.

    **SO ORDERED** on this **8th day** of **April 2026**.


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

- 1 -